UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : NO. 3:01CR174-2(CFD) |
| | : |
| v. | : |
| | : |
| JOHN MUCHA | : FEBRUARY 17, 2005 |

## MOTION FOR RETURN OF PROPERTY

Defendant moves the Court for the return of property in accordance with the Clerk's letter of February 7, 2005. The property is USA Passport No. 140549094.

_____/s/
Jacob D. Zeldes (ct 04351)

Zeldes, Needle & Cooper
A Professional Corporation
1000 Lafayette Boulevard
Post Office Box 1740
Bridgeport, CT 06601
Tel. (203) 333-9441
Fax (203) 333-1489
jzeldes@znclaw.com

Attorneys for Defendant

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via U.S. Mail, postage prepaid, on this date, to:

Nora Dannehy, Esq.
Assistant United States Attorney
450 Main Street
Room 328
Hartford, CT 06103

Dated at Bridgeport, Connecticut on this 17th day of February, 2005.

_____/s/
Jacob D. Zeldes