230

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : NO. 3:01CR174-2(CFD) |
| v. | : |
| JOHN MUCHA | : FEBRUARY 17, 2005 |

FILED 2005 FEB 18 A 10:50 US DISTRICT COURT

## MOTION FOR RETURN OF PROPERTY

Defendant moves the Court for the return of property in accordance with the Clerk's letter of February 7, 2005. The property is USA Passport No. 140549094.

Jacob D. Zeldes (ct 04351)

Zeldes, Needle & Cooper
A Professional Corporation
1000 Lafayette Boulevard
Post Office Box 1740
Bridgeport, CT 06601
Tel. (203) 333-9441
Fax (203) 333-1489
jzeldes@znclaw.com

Attorneys for Defendant

Granted, absent objection, so ordered. — 4/15/05

FILED 2005 APR 15 P 2:38 US DISTRICT COURT HARTFORD CT