UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : NO. 3:01CR174-2(CFD) |
| | : |
| v. | : |
| | : |
| JOHN MUCHA | : APRIL 25, 2005 |

## MOTION FOR RETURN OF BOND PACKAGE

Defendant moves the Court for the return of the bond package. Defendant has surrendered and is serving his sentence.

_____/s/
Jacob D. Zeldes (ct 04351)

Zeldes, Needle & Cooper
A Professional Corporation
1000 Lafayette Boulevard
Post Office Box 1740
Bridgeport, CT 06601
Tel. (203) 333-9441
Fax (203) 333-1489
jzeldes@znclaw.com

Attorneys for Defendant

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via U.S. Mail, postage prepaid, on this date, to:

James I. Glasser, Esq.
Assistant United States Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

Dated at Bridgeport, Connecticut on this 25th day of April, 2005.

_____/s/
Jacob D. Zeldes