# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**KEVIN F. ROWE**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**CHRYS CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

May 2, 2005

Jacob D. Zeldes
Zeldes, Needle & Cooper
1000 Lafayette Blvd., PO Box 1740
Bridgeport, CT 06601-1740

Re: 3:01cr174-2(CFD) USA v. John Mucha

Dear Counselor:

Per Court Order, we are returning Mr. Mucha's passport in the above referenced case.

Please acknowledge by signing the enclosed copy of this letter and return in the postage-paid envelope.

*5 June 2005*
*Received Jacob D. Zeldes*

KEVIN F. ROWE, CLERK

By _____
Deputy Clerk

Enclosure