GRANTED, absent objection. The clerk is directed to exonerate the bond pursuant to Fed. R. Crim P. 46(g).
SO ORDERED.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE
06/23/05

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 APR 26 A 10: 58
DISTRICT COURT
HARTFORD, CT

| UNITED STATES OF AMERICA | : NO. 3:01CR174-2(CFD) |
|---|---|
| v. | : |
| JOHN MUCHA | : APRIL 25, 2005 |

### MOTION FOR RETURN OF BOND PACKAGE

Defendant moves the Court for the return of the bond package. Defendant has surrendered and is serving his sentence.

Jacob D. Zeldes (ct 04351)

Zeldes, Needle & Cooper
A Professional Corporation
1000 Lafayette Boulevard
Post Office Box 1740
Bridgeport, CT 06601
Tel. (203) 333-9441
Fax (203) 333-1489
jzeldes@znclaw.com

Attorneys for Defendant